# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE
### Case No. **3:11−bk−02630**
### **Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

   LaTonia Annette Williams
   380 Harding Place
   Apt. X−11
   Nashville, TN 37211

Social Security No.:
   xxx−xx−3406

Employer's Tax I.D. No.:

---

## CLERK'S INQUIRY

---

Clerk's Inquiry pursuant to LBR 5003−1(b) − The following defects were noted in the opening of this case: Disclosure of Compensation of Attorney for Debtor is missing.Statement of Financial Affairs is missing. Creditor Matrix was not uploaded.. (RE: related document(s)[1] LaTONIA A. WILLIAMS Chapter 7 Voluntary Petition. Fee Amount is $299.00. Separately and Contemporaneously, an Application to Pay This Filing Fee in Installments or an Application to Waive Filing Fees is being filed.) (mld)

Dated: 3/16/11                                                     MATTHEW T. LOUGHNEY
                                                                                             Court Clerk